```
            UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

                                    Case No. 2002-2937
                                    Filed: May 16, 2002

THOMAS SICALIDES,                   Robin J. Gray, Esq.
T&T TRANSPORTATION,                 P.O. Box 4322
MICHAELS, INC., and                 Reading, Pa.  19606
MILLENNIUM, INC.

    v.

HARTFORD CASUALTY INSURANCE         Patrick J. Keenan, Esq.
COMPANY                             The Curtis Center
                                    Philadelphia, Pa.  19106

### NOTICE OF PRETRIAL CONFERENCE

Please be advised that a pretrial conference in the above matter has been ordered by Judge Clarence C. Newcomer in his Chambers on **Monday, July 29, 2002 at 3:15 p.m**.

The purposes of the conference are set forth in F.R.C.P. 16.  The Court will assume that you will be fully prepared to comply with all provisions of Rule 16.  You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

If the case is not a complex one, in the interest of conserving time and resources for you and your client you are invited to call me requesting that the conference be by telephone.  Our office is equipped to initiate such conference calls.  If this case involves more than two attorneys, you may initiate the call.  Chamber's phone number is 215-597-7847.

This pretrial conference will be continued only in extreme circumstances.  If you are unable to attend, someone from your office as familiar as possible with this case should attend.

                                    For the Court,


                                    _____
                                    Michael Finney, Deputy
                                    Clerk to Judge Newcomer
                                    267-299-7509

Copies mailed to the above counsel.
July 17, 2002