Case No. 02-2937
Filed   5/16/02

THOMAS SICALIDES, ET AL                    ROBIN J. GRAY, ESQUIRE

   V.

HARTFORD CASUALTY INS. CO.                 PATRICK J. KEENAN, ESQ.


Jury __X___ Non-Jury ___


# **O R D E R**

Following the conference, the following is hereby ORDERED:

1. Discovery completion date — 10/30/02
2. Exchange of expert reports  - plaintiff — 10/21/02
                    defendant — 10/31/02
3. Responses to expert reports — 11/11/02
4. Dispositive motions due — 10/21/02
5. Response to dispositivel motions due — 11/4/02
6. Settlement/Final Pretrial Conference — 11/18/02, 11:15 A.M.
7. Pretrial memoranda, proposed findings of fact and conclusions of law or joint proposed jury instructions — 11/13/02
8. Counsel shall be prepared for trial — 11/18/02
9. All provisions of attached procedures shall be observed.


Date:   August 1, 2002                    AND IT IS SO ORDERED.
                                          Clarence C. Newcomer, J.


                                          by Susan Z. Quigley, Secretary
                                          to Judge Newcomer

Copies mailed to above counsel.