IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. SICALIDES, et. al., | : | CIVIL ACTION |
|     PLAINTIFFS, | : | |
| v. | : | |
| HARTFORD CASUALTY INSURANCE COMPANY, | : | |
|     DEFENDANT. | : | NO. 02-2937 |

**O R D E R**

AND NOW, this     day of October, 2002, upon consideration of Plaintiffs' Motion to Compel the Depositions of Brad Ryden, George Uhl, and Andrew Biedermann (doc. 11), and the Defendant's response thereto (doc. 13), said motion is DENIED as MOOT, the depositions of said witnesses being taken on October 23, 2002.

AND IT IS SO ORDERED.

_____

Clarence C. Newcomer, S.J.