## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. SICALIDES, et. al., | : | |
| | : | CIVIL ACTION |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| HARTFORD CASUALTY INSURANCE COMPANY, | : | |
| | : | |
| DEFENDANT. | : | NO. 02-2937 |

## **O R D E R**

AND NOW, this    day of November, 2002, upon consideration of Petitioner, Marie Sicalides' Petition to Quash Subpoenas, for Protective Order, for Turnover of Documents, and for Attorney's Fees (16), said motion is DENIED WITHOUT PREJUDICE.  Said motion does not comply with Local Rule of Civil Procedure 7.1(c) in that it does not contain "a brief containing a concise statement of the legal contentions and authorities relied upon in support of the motion."  E.D.Pa.R. 7.1(c)(2002).

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.