IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. SICALIDES, : | | CIVIL ACTION |
| T & T TRANSPORTATION, : | | |
| MICHAELS, INC., and : | | |
| MILLENIUM INC., : | | |
| : | | |
| PLAINTIFFS, : | | |
| : | | |
| v. : | | |
| : | | |
| HARTFORD CASUALTY INSURANCE : | | |
| COMPANY, : | | |
| : | | |
| DEFENDANT. : | | NO. 02-2937 |

**O R D E R**

AND NOW, this    day of December, 2002, upon consideration of Plaintiffs' Motion to Compel Discovery Responses (Doc. 20), and the Defendant's response, said motion is DENIED. The Defendant has fully satisfied all valid written requests with its responses to discovery in the prior state court proceeding. The Defendant has complied with Federal Rule of Civil Procedure 26 by referencing these documents rather than reproducing them. See Fed. R. Civ. P. 26 (b)(2) (stating that discovery may be limited when it is duplicative or can be obtained in a more convenient less expensive manner).

AND IT IS SO ORDERED.

_____

Clarence C. Newcomer, S.J.