IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. SICALIDES, et. al., | : | |
| | : | CIVIL ACTION |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| HARTFORD CASUALTY INSURANCE COMPANY, | : | |
| | : | |
| DEFENDANT. | : | NO. 02-2937 |

## **O R D E R**

AND NOW, this    day of December, 2002, upon consideration of Petitioner Marie Sicalides' Motion for Reconsideration of This Court's Order Dated November 8, 2002 (Doc. 28), the Petition to Quash Subpoenas, for Protective Order, for Turnover of Documents, and for Attorney's Fees (Doc. 16), and the Defendant's reply.  Said motion is GRANTED in part and DENIED in part.  It is ORDERED that any subpoenas issued by the Defendant are quashed so far as they pertain to information exclusively concerning Marie Sicalides.  This Order does not affect any discovery relating to records of financial assets held by Marie Sicalides jointly with any party to this case.

When the Court issued its previous Order, it was without the Petitioner's memorandum of law due to a clerical error.  The memorandum of law having now been provided, the Court is convinced that some of the documents subpoenaed by the Defendant are outside the proper scope of discovery.

The Petitioner's requests for attorneys fees is DENIED.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.