```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS SICALIDES, et al         :          CIVIL ACTION
                                :
          v.                    :
                                :
HARTFORD CASUALTY               :
INSURANCE COMPANY               :          NO. 2002-2937
```

**O R D E R**

AND NOW, this    day of December, 2002, it is Ordered that following the final pretrial conference on December 4, 2002 the parties will pick a jury and commence trial in Courtroom 13-B, 13th Floor.

```
ATTEST:                          or    BY THE COURT


BY:_____            _____
    Michael Finney,                    Judge
    Deputy Clerk to
    Judge Newcomer

Civ 12 (9/83)
```